# MEMORANDUM DECISIONS.

CHARLES W. BEACH, Appellee, v. FREDERICK GAINS, Appellant.

APPEAL from the District Court of the Third Judicial District in and for the County of Yavapai. James H. Wright, Judge.

Harris Baldwin, for Appellant.

Herndon & Hawkins, and E. M. Sanford, for Appellee.

January 19, 1889. Affirmed.

(Note by Reporter.—The record shows, "Opinion filed," but none appears in the records of the office of the clerk of the supreme court.)

P. W. STRAHAN, Appellee, v. J. R. KILPATRICK, Appellant.

APPEAL from the District Court of the Third Judicial District in and for the County of Yavapai. William W. Porter, Judge.

E. M. Sanford, for Appellant.

Rush & Wells, and Wilson & Norris, for Appellee.

January 25, 1889. Affirmed.

(Note by Reporter.—The record shows, "Opinion filed," but none appears in the records of the office of the clerk of the supreme court.)